UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-cr-06

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALAN WILLMER ALSLEBEN, | ) |
| | ) |
| Defendant. | ) |

*CR-19-0006-01*
*(M-19-0317-M)*
**ORDER**

This matter is before the Court on the Government's Motion to Unseal the

Indictment. NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's

Motion is granted.

Dated: February 11, 2019

_____
THE HONORABLE BECKY R. THORSON
United States Magistrate Judge